### 14218. MADDOX v. FISHER, LOWERY & FISHER.

BROYLES, C. J. Under the Civil Code (1910), § 6167, the bill of exceptions must be filed in the office of the clerk of the trial court within 15 days from the date of the certificate of the trial judge, and, unless so filed, the bill of exceptions must be dismissed. *Tatum* v. *Trapnell,* ante, 104. In the instant case the bill of exceptions was tendered to and certified by the judge on December 20, 1922, and was filed in the office of the clerk of the trial court on January 8, 1923.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1923.

Complaint; from city court of Dublin — Judge Sturgis. December 14, 1922.

*Adams, Camp & Youmans,* for plaintiff in error.

*Larsen & Crockett,* contra.

---

### 14219. AMERICAN NATIONAL INSURANCE CO. v. EWING.

LUKE, J. 1. Where one is insured against accidental injury, and there is evidence tending to show that an injury received resulted from an accident, the insurer is not relieved from liability upon the policy by a clause therein providing: " it is further understood and agreed that any disability from rupture or hernia is to be considered as the result of disease, notwithstanding the original cause thereof, and any claim therefor will be considered only under the health provisions of this policy." *Atlanta Accident Asso.* v. *Alexander,* 104 *Ga.* 709 (2) (30 S. E. 939, 42 L. R. A. 188).

(*a*) Nor is the insurer relieved from liability upon such a policy by a clause therein providing that " there shall be no liability. . . for any disease or illness contracted or beginning before the policy has been maintained in continuous force for ten days." This clause of the policy applies only to the health feature of the contract of insurance, and in the instant case the injury to the insured was the result of an accident.

2. Upon the petition for certiorari and the answer of the trial court thereto, it was not error for the judge of the superior court to overrule and deny the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 10, 1923.

Certiorari; from Fulton superior court — Judge Humphries. November 7, 1922.

*Daley & Daley, C. W. Peebles,* for plaintiff in error.

*G. W. Bynum,* contra.